**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Denise Hogan, Katrina Massey, and Michael Jackson,
Defendants,

Of Whom Michael Jackson is the Appellant.

In the interest of minor children under the age of eighteen.

Appellate Case No. 2013-001676

---

Appeal From Charleston County
Daniel E. Martin, Jr., Family Court Judge

---

Unpublished Opinion No. 2014-UP-329
Heard July 23, 2014 – Filed September 3, 2014

---

**REVERSED AND REMANDED**

---

Mark L. Archer, of Archer Law Office, PA, of Mount Pleasant, for Appellant.

Wolfgang Louis Kelly, of South Carolina Department of Social Services, of North Charleston, for Respondent.

Joshua Keith Roten, of Charleston, for the Guardian ad Litem.

_____

**PER CURIAM:** For the reasons set forth in *South Carolina Department of Social Services v. Hogan*, Op. No. 5269 (S.C. Ct. App. filed Sept. 3, 2014), the permanency planning order is reversed and remanded. The family court shall hold a merits hearing on the underlying removal action within thirty-five days of the remittitur.

**REVERSED AND REMANDED.**

**WILLIAMS, KONDUROS, and LOCKEMY, JJ., concur.**